**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:14-CV-121-RLV-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ) | |
| KIM R. GEISINGER, MD, ) | |
| ) | |
| **Plaintiffs-Relator,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PIEDMONT PATHOLOGY ASSOCIATES, ) | |
| INC., and PIEDMONT PATHOLOGY, PC, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion Of The United States For Unsealing Of Relator's Complaint And Establishment Of Time For Government To File Complaint In Intervention" (Document No. 23) filed February 8, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Relator's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion Of The United States For Unsealing Of Relator's Complaint And Establishment Of Time For Government To File Complaint In Intervention" (Document No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that the *qui tam* Complaint (Document No. 1) and "The Government's Notice Of Election To Intervene In Part And To Decline To Intervene in Part" (Document No. 22) be unsealed.

**IT IS FURTHER ORDERED** that United States shall have up to and including **March 24, 2017** to file its Complaint, and the Relators shall have up to and including **March 24, 2017** to serve Defendants with their Complaint.

**SO ORDERED**.

Signed: February 9, 2017

David C. Keesler
United States Magistrate Judge