IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-121-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KIM R. GEISINGER, MD, <br><br> **Plaintiffs-Relator,** <br><br> v. <br><br> PIEDMONT PATHOLOGY ASSOCIATES, INC., and PIEDMONT PATHOLOGY, PC, <br><br> **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Stay Of Case To Finalize Settlement" (Document No. 28) filed April 18, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Relator and Defendants, the undersigned will grant the motion.

By the instant motion, the United States of America reports that the parties have reached an agreement to settle this action and need an additional fourteen (14) days to finalize terms and obtain the necessary approval for a settlement agreement.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Stay Of Case To Finalize Settlement" (Document No. 28) is **GRANTED**. This matter is **STAYED** through **May 3, 2017**.

**IT IS FURTHER ORDERED** that a Notice Of Settlement shall be filed on or before **May 5, 2017**.

Signed: April 18, 2017

David C. Keesler
United States Magistrate Judge