IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:14-cv-00121-RLV-DCK

| | |
|---|---|
| KIM R. GEISINGER, MD, *as relator on behalf of the United States of America* )<br>)<br>Plaintiff-Relator, )<br>)<br>vs. )<br>)<br>PIEDMONT PATHOLOGY ASSOCIATES, )<br>INC. and PIEDMONT PATHOLOGY, PC, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties Joint Motion to Dismiss (Doc. 31) following the United States' intervention in this matter. Upon due consideration of the record in this matter, including the Stipulation of Dismissal, this Court finds that the parties have reached a settlement of claims in this matter. (*See* Doc. 30-1 ("Settlement Agreement")). Pursuant to the Settlement Agreement the United States and Plaintiff/Relator Kim R. Geisinger have released claims for the "Covered Conduct" as described in Paragraph D of the Settlement Agreement (Doc. 30-1 at 2) and Relator, with the consent of the United States, has released all other claims raised in this Action.

**IT IS, THEREFORE, ORDERED THAT**:

(1) Consistent with the terms of the Settlement Agreement among the United States, Plaintiff/Relator Kim R. Geisinger, and Defendants Piedmont Pathology Associates, Inc. and Piedmont Pathology, PC, all claims asserted by the United States and Plaintiff/Relator in this case for the Covered Conduct as described in Paragraph D of the Settlement Agreement are **DISMISSED WITH PREJUDICE**;

(2) Any remaining claims asserted in this Action shall be **DISMISSED WITH PREJUDICE** as brought by Plaintiff/Relator and **DISMISSED WITHOUT PREJUDICE** as to the United States; and

(3) This Court shall retain jurisdiction to enforce the terms, conditions, and releases of the Settlement Agreement to the extent reasonable, necessary, and appropriate. This Court further retains jurisdiction to resolve issues relating to Plaintiff/Relator's claim for attorneys' fees, expenses, and costs against Defendants under 31 U.S.C § 3730(d). (*See* Doc. 30-1 at 4-5). Plaintiff/Relator shall have up to and including October 24, 2017 to file either a status report detailing its negotiations with Defendants regarding attorneys' fees or a motion and supporting memorandum addressing the issue of attorneys' fees.

**SO ORDERED.**

Signed: August 24, 2017

Richard L. Voorhees
United States District Judge