IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KIM R. GEISINGER, MD, | |
| Plaintiffs-Relator, | Civil File No. 5:14-cv-121 |
| v. | STIPULATION OF DISMISSAL |
| PIEDMONT PATHOLOGY ASSOCIATES, INC.; and PIEDMONT PATHOLOGY, PC, | |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiffs-Relator and Defendants hereby stipulate to the dismissal, with prejudice, of any and all claims which the Relator had remaining in the litigation, including but not limited to the claims for attorney's fees, expenses and costs expressly left open by the terms of the prior Settlement Agreement entered into by the parties [D.E. 30-1]. This Stipulation along with the previous agreement resolves all outstanding issues in the litigation, except that the Court retains jurisdiction to enforce the terms, conditions, and releases of the Settlement Agreement to the extent reasonable, necessary and appropriate *(See* D.E. 30-1 and 32).

1

Respectfully submitted, this, the 11th day of December, 2017.

OF COUNSEL:
HIGGINS BENJAMIN, PLLC
301 N. Elm Street, Suite 800
Greensboro, NC  27401
(336) 273-1600
jwall@greensborolaw.com

/s/ Jon Wall_____
Jonathan Wall (NCSB #22839)
*Attorney for Plaintiff-Relator*

OF COUNSEL:
PATRICK HARPER & DIXON, LLP
P.O. Box 218
Hickory, North Carolina 28603
(828) 322-7741
Mthomas@phd-law.com

/s/ Michael P. Thomas_____
Michael P. Thomas (NCSB # 28122)
*Attorney for Defendants*

R. ANDREW MURRAY
UNITED STATES ATTORNEY


BY: /s/ Jonathan H. Ferry
JONATHAN H. FERRY
ASSISTANT UNITED STATES ATTORNEY
NC Bar No. 39117
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
Tel: (704) 344-6222
Fax: (704) 227-0248
Email: Jonathan.Ferry@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2017, the foregoing document was served by filing the same with the Court's CM/ECF system, which sends notice electronically to counsel for the government as follows: jonathan.ferry@usdoj.gov, CaseView.ECF@usdoj.gov, Patricia.Gard@usdoj.gov, renae.elam@usdoj.gov; and counsel for Defendants: MThomas@phd-law.com.

This, the 11th day of December, 2017.

                                                                 /s/ Jon Wall
                                                                  *Attorney for Relator*